ALLOWED. The court's schedule would not, in any event, accommodate the current hearing date. The clerk will re-schedule argument on the summary judgment motion for September. So ordered. Michael A. Ponsor 4.11.14

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALBERTO GONZALEZ, <br> Plaintiff, <br><br> v. <br><br> TIMOTHY V. DOOLING, et al | No. 3:11-CV-30271 |

### PLAINTIFF ALBERTO GONZALEZ'S MOTION TO REVISE THE REMAINING SUMMARY JUDGMENT SCHEDULE

Plaintiff Alberto Gonzalez moves the Court for an order revising the summary judgment schedule in this case by moving the hearing date from May 28, 2014 to September 10, 2014. Correspondingly, Plaintiff requests that the date filing his responses [oppositions and cross-motions] to the Defendants' motions for summary judgment, be reset to June 25, 2014 and the Defendants' reply date be reset to July 15, 2014.

In support of this motion, Plaintiff states:

1. On April 4, 2014, seven defendants each filed a motion for summary judgment in his or her favor. The current scheduling order requires Plaintiff to file his responses to each of these motions by April 22, 2014. The current schedule allots only 11 working days, including Good Friday and Patriot's Day, in which Plaintiff must complete this very demanding set of tasks. Th difficulty this short time frame creates for Plaintiff's attorneys

1