UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALBERTO L. GONZALEZ,            )
         Plaintiff              )
                                )
         v.                     ) C.A. No. 11-cv-30271-MAP
                                )
TIMOTHY V. DOOLING, ET AL.,     )
         Defendants             )

MEMORANDUM AND ORDER REGARDING
PLAINTIFF'S MOTION TO COMPEL
(Dkt. No. 125)

April 11, 2014

PONSOR, U.S.D.J.

Plaintiff filed a Motion to Compel the production of Defendant Heather Hall's "to do"/activity log. (Dkt. No. 125.) On March 27, 2014, the court requested the documents for an in camera review. (Dkt. No. 171.)

After reviewing the documents, the court hereby ALLOWS Plaintiff's motion, in part, and Orders Defendant Hall to provide Plaintiff with the un-redacted version, except for the following redactions:

- The employee's phone number redacted on page 6;

- The former parolee's phone number redacted on page 7;

- The prosecutor's phone number redacted on page

22;

- The opinion redacted on page 30; and
- The name redacted for HIPPA purposes on page 31.

The disclosure will be made by April 25, 2014. To the extent Plaintiff also seeks attorney's fees and costs, the motion is DENIED.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge